1 CRAIG J. MARIAM (SBN: 225280)
cmariam@grsm.com
2 MICHAEL J. DAILEY (SBN: 301394)
mdailey@grsm.com
3 GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd floor
4 Los Angeles, CA 90071
Telephone: (213) 270-7856
5 Facsimile: (213) 680-4470

6 Attorneys for Defendant
RENTSPREE, INC.

## UNITED STATES DISTRICT COURT.

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEBA AHMED, | CASE NO. 8:22-cv-00366-CJC-JDE |
| Plaintiff, | Honorable Judge: Cormac J. Carney<br>Courtroom: 9B |
| vs. | |
| TRANS UNION LLC and RENTSPREE, INC. | **DEFENDANT RENTSPREE, INC.'S ANSWER TO COMPLAINT** |
| Defendants. | |
| | Complaint filed: March 8, 2022 |

Defendant RentSpree, Inc. ("RentSpree") hereby answers the Complaint of Heba Ahmed ("Plaintiff") filed on March 8, 2022 (the "Complaint") (Dkt. No. 1), as follows:

///
///
///
///

## I. INTRODUCTION

1. Responding to Paragraph 1, RentSpree admits only that Plaintiff initiated this lawsuit against RentSpree and others, alleging violations of the FCRA. The remaining portions of this Paragraph set forth legal conclusions and questions of law to which no response is required. Alternatively, to the extent a response is necessary, RentSpree denies any and all allegations, and inferences of liability arising therefrom.

## II. JURISDICTION AND VENUE

2. Responding to Paragraph 2, RentSpree admits that jurisdiction is proper in this Court.

3. Responding to Paragraph 3, RentSpree admits that venue in this district may be proper pursuant to 28 U.S.C. § 1391.  RentSpree denies any and all remaining allegations in this Paragraph.

## III. PARTIES

4. Responding to Paragraph 4, RentSpree incorporates by reference its responses to the allegations in Paragraphs 1 through 3 of the Complaint, as its response to Paragraph 4 of the Complaint.

5. Responding to Paragraph 5, RentSpree admits only that Plaintiff is a "natural person."  RentSpree lacks knowledge or information sufficient to respond to each and every remaining allegation, and on that basis denies the same.

6. Responding to Paragraph 6, this Paragraph sets forth legal conclusions and questions of law as to the defined term "consumer," to which no response is required. RentSpree lacks knowledge or information sufficient to respond to the allegations, and on that basis denies the same.

7. Responding to Paragraph 7, RentSpree denies that its principal place of business is located at 17815 Ventura Blvd., Suite 202, Encino, CA 91316, because its principal place of business is 15303 Ventura Blvd., Suite 1150, Sherman Oaks, CA 91403.  The remainder of this Paragraph set forth legal

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

1 conclusions and questions of law, with respect to the scope and applicability of
2 defined terms in the U.S. Code, to which no response is required.  Alternatively, to
3 the extent a response is necessary, the statute speaks for itself, and RentSpree
4 denies any and all allegations, and inferences of liability arising therefrom.

5      8.     Responding to Paragraph 8, this Paragraph pertains to Trans Union
6 Rental Screening Solutions, Inc. ("TURSS"), the other defendant in this action, and
7 therefore, RentSpree lacks information and knowledge sufficient to respond to the
8 allegations, and on that basis denies the same.

9      9.     Responding to Paragraph 9, RentSpree admits only that it does
10 business in the State of California.  As to any remaining allegations in this
11 Paragraph, RentSpree lacks knowledge or information sufficient to respond to the
12 allegations, and on that basis denies the same.

13      10.     Responding to Paragraph 10, this Paragraph sets forth legal
14 conclusions and questions of law, with respect to the scope of the U.S. Code and
15 FCRA, to which no response is required.  Alternatively, to the extent a response is
16 necessary, the U.S. Code and FCRA speak for themselves, and RentSpree denies
17 any and all allegations, and inferences of liability arising therefrom.

18      11.     Responding to Paragraph 11, this Paragraph set forth legal
19 conclusions and questions of law to which no response is required.  Alternatively,
20 to the extent a response is necessary, RentSpree lacks information and knowledge
21 sufficient to respond to the allegations, and on that basis denies the same.

22      12.     Responding to Paragraph 12, this Paragraph set forth legal
23 conclusions and questions of law to which no response is required.  Alternatively,
24 to the extent a response is necessary, RentSpree denies any and all allegations, and
25 inferences of liability arising therefrom.

26 ///
27 ///
28 ///

*Gordon Rees Scully Mansukhani, LLP*
*633 West Fifth Street, 52nd floor*
*Los Angeles, CA 90071*

## IV.  FACTUAL BACKGROUND

13.     Responding to Paragraph 13, RentSpree incorporates by reference its responses to the allegations in Paragraphs 1 through 12 of the Complaint, as its response to Paragraph 13 of the Complaint.

14.     Responding to Paragraph 14, RentSpree admits that it has more than one hundred sixty contracts with Multiple Listing Services, Realtor Associations, brokerages, and real estate platforms across the country and serves over half a million agents, owners, and renters across the country.  RentSpree lacks knowledge or information sufficient to respond to each and every remaining allegation, and on that basis denies the same.

15.     Responding to Paragraph 15, RentSpree admits only that it has multiple contracts with third parties. RentSpree lacks knowledge or information sufficient to respond to each and every remaining allegation, and on that basis denies the same.

16.     Responding to Paragraph 16, RentSpree denies that it "provides" the reports generated by TURSS (the "TURSS Reports") to real estate agents, landlords, and property managers.  RentSpree denies any and all remaining allegations in this Paragraph 16.

17.     Responding to Paragraph 17, RentSpree admits only that it has an agreement with TURSS.  RentSpree denies any and all remaining allegations in this Paragraph 17.

18.     Responding to Paragraph 18, RentSpree admits only that it does not verify, check, or otherwise review the TURSS Reports that pass through RentSpree's platform from TURSS to TURSS' clients.  RentSpree states affirmatively that it is not a consumer reporting agency.  RentSpree denies any and all remaining allegations in this Paragraph 18.

19.     Responding to Paragraph 19, this Paragraph pertains to TURSS, the other Defendant in this action, and therefore, RentSpree lacks information and

1 knowledge sufficient to respond to the allegations, and on that basis denies the
2 same.
3     20. Responding to Paragraph 20, RentSpree lacks information and
4 knowledge sufficient to form a belief as to the truth of the allegations contained in
5 Paragraph 20 of the Complaint, and on that basis denies the same.
6     21. Responding to Paragraph 21, RentSpree lacks information and
7 knowledge sufficient to form a belief as to the truth of the allegations contained in
8 Paragraph 21 of the Complaint, and on that basis denies the same.
9     22. Responding to Paragraph 22, RentSpree lacks information and
10 knowledge sufficient to form a belief as to the truth of the allegations contained in
11 Paragraph 22 of the Complaint, and on that basis denies the same.
12     23. Responding to Paragraph 23, RentSpree lacks information and
13 knowledge sufficient to form a belief as to the truth of the allegations contained in
14 Paragraph 23 of the Complaint, and on that basis denies the same.
15     24. Responding to Paragraph 24, RentSpree lacks information and
16 knowledge sufficient to form a belief as to the truth of the allegations contained in
17 Paragraph 24 of the Complaint, and on that basis denies the same.
18     25. Responding to Paragraph 25, RentSpree lacks information and
19 knowledge sufficient to form a belief as to the truth of the allegations contained in
20 Paragraph 25 of the Complaint, and on that basis denies the same.
21     26. Responding to Paragraph 26, RentSpree lacks information and
22 knowledge sufficient to form a belief as to the truth of the allegations contained in
23 Paragraph 26 of the Complaint, and on that basis denies the same.
24     27. Responding to Paragraph 27, RentSpree lacks information and
25 knowledge sufficient to form a belief as to the truth of the allegations contained in
26 Paragraph 27 of the Complaint, and on that basis denies the same.
27 ///
28 ///

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

28. Responding to Paragraph 28, RentSpree lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 of the Complaint, and on that basis denies the same.

29. Responding to Paragraph 29, RentSpree lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 of the Complaint, and on that basis denies the same.

30. Responding to Paragraph 30, RentSpree lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 of the Complaint, and on that basis denies the same.

31. Responding to Paragraph 31, RentSpree lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 of the Complaint, and on that basis denies the same.

32. Responding to Paragraph 32, RentSpree lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 of the Complaint, and on that basis denies the same.

33. Responding to Paragraph 33, RentSpree lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 of the Complaint, and on that basis denies the same.

34. Responding to Paragraph 34, this Paragraph pertains to TURSS, the other defendant in this action, and therefore, RentSpree lacks information and knowledge sufficient to respond to the allegations, and on that basis denies the same. RentSpree denies any and all remaining allegations in this Paragraph 34.

35. Responding to Paragraph 35, RentSpree lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 of the Complaint, and on that basis denies the same.

36. Responding to Paragraph 36, RentSpree lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 of the Complaint, and on that basis denies the same.

37. Responding to Paragraph 37, RentSpree lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 of the Complaint, and on that basis denies the same.

38. Responding to Paragraph 38, RentSpree lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 of the Complaint, and on that basis denies the same.

39. Responding to Paragraph 39, RentSpree lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 of the Complaint, and on that basis denies the same.

40. Responding to Paragraph 40, RentSpree lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 of the Complaint, and on that basis denies the same.

41. Responding to Paragraph 41, RentSpree lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 of the Complaint, and on that basis denies the same.

42. Responding to Paragraph 42, RentSpree lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 of the Complaint, and on that basis denies the same.

43. Responding to Paragraph 43, RentSpree lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 of the Complaint, and on that basis denies the same.

44. Responding to Paragraph 44, RentSpree lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 of the Complaint, and on that basis denies the same.

45. Responding to Paragraph 45, RentSpree lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 of the Complaint, and on that basis denies the same.

46. Responding to Paragraph 46, RentSpree lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 of the Complaint, and on that basis denies the same.

47. Responding to Paragraph 47, RentSpree lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 of the Complaint, and on that basis denies the same.

48. Responding to Paragraph 48, RentSpree lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 of the Complaint, and on that basis denies the same.

49. Responding to Paragraph 49, RentSpree lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 of the Complaint, and on that basis denies the same.

50. Responding to Paragraph 50, RentSpree lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 of the Complaint, and on that basis denies the same.

51. Responding to Paragraph 51, RentSpree lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 of the Complaint, and on that basis denies the same.

52. Responding to Paragraph 52, RentSpree lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 of the Complaint, and on that basis denies the same.  Alternatively, to the extent a response is required, RentSpree denies any and all remaining allegations in this Paragraph 52.

53. Responding to Paragraph 53, RentSpree lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 of the Complaint, and on that basis denies the same.  Alternatively, to the extent a response is required, RentSpree denies any and all remaining allegations in this Paragraph 53.

1        54.     Responding to Paragraph 54, this Paragraph sets forth legal conclusions and questions of law to which no response is required.  To the extent this Paragraph pertains to TURSS, the other defendant in this action, RentSpree lacks information and knowledge sufficient to respond to the allegations, and on that basis denies the same.  Alternatively, to the extent a response is necessary, RentSpree denies any and all allegations, and inferences of liability arising therefrom.

        55.     Responding to Paragraph 55, RentSpree lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 of the Complaint, and on that basis denies the same.  Alternatively, to the extent a response is required, RentSpree denies any and all remaining allegations in this Paragraph 55.

        56.     Responding to Paragraph 56, RentSpree lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 of the Complaint, and on that basis denies the same.  Alternatively, to the extent a response is required, RentSpree denies any and all remaining allegations in this Paragraph 56.

        57.     Responding to Paragraph 57, RentSpree lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 of the Complaint, and on that basis denies the same.  Alternatively, to the extent a response is required, RentSpree denies any and all remaining allegations in this Paragraph 57.

## V.  COUNT I

### Violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681e(b)

        58.     Responding to Paragraph 58, RentSpree incorporates by reference its responses to the allegations in Paragraphs 1 through 57 of the Complaint, as its response to Paragraph 58 of the Complaint.

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

1  59. Responding to Paragraph 59, this Paragraph sets forth legal conclusions and questions of law, with respect to the scope and applicability of defined terms in the U.S. Code, to which no response is required. Alternatively, to the extent a response is necessary, the statute speaks for itself, and RentSpree denies any and all allegations, and inferences of liability arising therefrom.

60. Responding to Paragraph 60, this Paragraph sets forth legal conclusions and questions of law, with respect to the scope and applicability of defined terms in the U.S. Code, to which no response is required. Alternatively, to the extent a response is necessary, the statute speaks for itself, and RentSpree denies any and all allegations, and inferences of liability arising therefrom.

61. Responding to Paragraph 61, to the extent this Paragraph pertains to TURSS, the other defendant in this action, RentSpree lacks information and knowledge sufficient to respond to the allegations, and on that basis denies the same. RentSpree denies any and all remaining allegations in this Paragraph 61.

62. Responding to Paragraph 62, to the extent this Paragraph pertains to TURSS, the other defendant in this action, RentSpree lacks information and knowledge sufficient to respond to the allegations, and on that basis denies the same. RentSpree denies any and all remaining allegations in this Paragraph 62.

63. Responding to Paragraph 63, to the extent this Paragraph pertains to TURSS, the other defendant in this action, RentSpree lacks information and knowledge sufficient to respond to the allegations, and on that basis denies the same. RentSpree denies any and all remaining allegations in this Paragraph 63.

64. Responding to Paragraph 64, to the extent this Paragraph pertains to TURSS, the other defendant in this action, RentSpree lacks information and knowledge sufficient to respond to the allegations, and on that basis denies the same. RentSpree denies any and all remaining allegations in this Paragraph 64.

65. Responding to Paragraph 65, to the extent this Paragraph pertains to TURSS, the other defendant in this action, RentSpree lacks information and

1 knowledge sufficient to respond to the allegations, and on that basis denies the
2 same.  RentSpree denies any and all remaining allegations in this Paragraph 65.
3       66.    Responding to Paragraph 66, because of the vague and generalized
4 nature of the allegations, RentSpree is without knowledge or information sufficient
5 to form a belief as to the truth of the allegations contained in Paragraph 66 of the
6 Complaint and, therefore, denies the same.
7       67.    Responding to Paragraph 67, because of the vague and generalized
8 nature of the allegations, RentSpree is without knowledge or information sufficient
9 to form a belief as to the truth of the allegations contained in Paragraph 67 of the
10 Complaint and, therefore, denies the same.
11       68.    Responding to Paragraph 68, because of the vague and generalized
12 nature of the allegations, RentSpree is without knowledge or information sufficient
13 to form a belief as to the truth of the allegations contained in Paragraph 68 of the
14 Complaint and, therefore, denies the same.
15       69.    Responding to Paragraph 69, this Paragraph sets forth legal
16 conclusions and questions of law to which no response is required.  Alternatively,
17 to the extent a response is necessary, the statute speaks for itself, and RentSpree
18 denies any and all allegations, and inferences of liability arising therefrom.
19       70.    Responding to Paragraph 70, this Paragraph sets forth legal
20 conclusions and questions of law to which no response is required.  Alternatively,
21 to the extent a response is necessary, the statute speaks for itself, and RentSpree
22 denies any and all allegations, and inferences of liability arising therefrom.
23       71.    Responding to Paragraph 71, this Paragraph sets forth legal
24 conclusions and questions of law to which no response is required.  Alternatively,
25 to the extent a response is necessary, the statute speaks for itself, and RentSpree
26 denies any and all allegations, and inferences of liability arising therefrom.
27       72.    Responding to Paragraph 72, this Paragraph sets forth legal
28 conclusions and questions of law to which no response is required.  Alternatively,

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

1 to the extent a response is necessary, the statute speaks for itself, and RentSpree
2 denies any and all allegations, and inferences of liability arising therefrom.

3     73.    Responding to Paragraph 73, this Paragraph sets forth legal
4 conclusions and questions of law to which no response is required.  Alternatively,
5 to the extent a response is necessary, the statute speaks for itself, and RentSpree
6 denies any and all allegations, and inferences of liability arising therefrom.

7     74.    Responding to Paragraph 74, RentSpree lacks information and
8 knowledge sufficient to form a belief as to the truth of the allegations contained in
9 Paragraph 74 of the Complaint, and on that basis denies the same.  Alternatively, to
10 the extent a response is required, RentSpree denies any and all remaining
11 allegations in this Paragraph 56.

12     75.    Responding to Paragraph 75, to the extent this Paragraph pertains to
13 TURSS, the other defendant in this action, RentSpree lacks information and
14 knowledge sufficient to respond to the allegations, and on that basis denies the
15 same.  RentSpree denies any and all remaining allegations in this Paragraph 75.

16     76.    Responding to Paragraph 76, to the extent this Paragraph pertains to
17 TURSS, the other defendant in this action, RentSpree lacks information and
18 knowledge sufficient to respond to the allegations, and on that basis denies the
19 same.  RentSpree denies any and all remaining allegations in this Paragraph 76.

20     77.    Responding to Paragraph 77, to the extent this Paragraph pertains to
21 TURSS, the other defendant in this action, RentSpree lacks information and
22 knowledge sufficient to respond to the allegations, and on that basis denies the
23 same.  RentSpree denies any and all remaining allegations in this Paragraph 77.

## VI.  PRAYER FOR RELIEF

25 Responding to Plaintiff's Prayer for Relief, the section contains legal
26 conclusions and questions of law to which no response is required. To the extent a
27 response is necessary, RentSpree denies that Plaintiff is entitled to any relief
28 whatsoever and denies that it violated any laws as alleged in the Complaint.

## VII. JURY DEMAND

Responding to Plaintiff's Jury Demand, RentSpree admits that Plaintiff demands a jury trial. RentSpree denies the remaining allegations contained in this paragraph.

## AFFIRMATIVE DEFENSES & DEFENSES

Pursuant to Federal Rules of Civil Procedure 8(c), RentSpree alleges the following as further and separate affirmative defenses to Plaintiff's Complaint:

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

The Complaint and each claim contained therein fail to state facts sufficient to constitute a cause of action on multiple bases, including, but not limited to, because the allegations do not identify any intentional conduct by RentSpree.

## SECOND AFFIRMATIVE DEFENSE
### (Waiver)

Plaintiff's claims, and each of them, are barred by the doctrine of waiver.

## THIRD AFFIRMATIVE DEFENSE
### (Unclean Hands)

Plaintiff's claims, and each of them, are barred by the doctrine of unclean hands.

## FOURTH AFFIRMATIVE DEFENSE
### (Uncertain, Ambiguous and/or Unintelligible Complaint)

Plaintiff's claims, and each of them, are uncertain, ambiguous and/or unintelligible.

## FIFTH AFFIRMATIVE DEFENSE
### (Estoppel)

Plaintiff's claims, and each of them, are barred by the doctrine of estoppel.

///
///

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

## SIXTH AFFIRMATIVE DEFENSE
### (Laches)

Plaintiff has unreasonably delayed in bringing this action to the prejudice of RentSpree and is therefore, barred from bringing this action by the doctrine of laches.

## SEVENTH AFFIRMATIVE DEFENSE
### (Consent)

Plaintiff's claims, and each of them, are barred because Plaintiff consented to the acts and events set forth in the Complaint.

## EIGHTH AFFIRMATIVE DEFENSE
### (Acquiescence)

The Complaint, and each claim contained therein, are barred because Plaintiff acquiesced to any alleged conduct of RentSpree.

## NINTH AFFIRMATIVE DEFENSE
### (Duty of Mitigate)

The Complaint, and each claim contained therein, is barred because Plaintiff had a duty to take reasonable steps to mitigate and/or avoid her alleged damages. RentSpree, on information and belief, alleges that Plaintiff failed to take any steps or delayed unreasonably in doing so. Had Plaintiff timely and diligently taken reasonable steps to mitigate and/or avoid her alleged damages, such alleged damages, if any, would have been reduced or avoided altogether.

## TENTH AFFIRMATIVE DEFENSE
### (Good Faith, Lack of Intention/Willfulness)

The Complaint, and each claim contained therein, is barred because any actions by RentSpree, whether alleged or otherwise, were taken in good faith; alleged violations, *arguendo* and if any, were unintentional and resulted despite the existence of procedures reasonably adopted to avoid any violations of the relevant statutes.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Excessive Punitive Damages)

RentSpree alleges that, as to each claim, although RentSpree denies that it committed or is responsible for any act or omission that could support the recovery of punitive damages in this action, if and to the extent any such act or omission is found, recovery of such punitive damages against RentSpree is unconstitutional under the United States Constitution and the California Constitution, including: the Excessive Fines Clause of the Eighth Amendment, the Due Process Clause of the Fifth Amendment and Section One of the Fourteenth Amendment and other provisions of the United States Constitution; and, the Excessive Fines Clause of Section 17 of Article 1, the Due Process Clause of Section 7 of Article 1, and other provisions of the California Constitution.

## TWELFTH AFFIRMATIVE DEFENSE
### (Reasonable Business Practices)

RentSpree has established and implemented, with due care, reasonable practices and procedures to effectively prevent violation of the relevant statutes.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (Comparative Fault of a Third Party)

Plaintiff's claims, and each of them, are barred because the comparative fault of TURSS, the other Defendant in this action. If Plaintiff has been damaged, his damages were legally caused by and are the result of, in whole or in part, the acts of Trans Union. Trans Union performed the credit report and background check. Accordingly, any recovery by Plaintiff is barred or comparatively reduced by the percentage of fault of Trans Union.

## FOURTEENTH AFFIRMATIVE DEFENSE
### (Intervening or Supervening Events)

Plaintiff's claims, and each of them, are barred because to the extent that any injury or loss sustained was caused by intervening or supervening act from the

-15-

*Gordon Rees Scully Mansukhani, LLP*
*633 West Fifth Street, 52nd floor*
*Los Angeles, CA 90071*

TURSS, the other Defendant in this action, over which RentSpree had no control, including conduct by TURSS, which ran the credit report and background check, and the real estate broker, and/or landlord.

### FIFTEENTH AFFIRMATIVE DEFENSE
### (Lack of Damages)

Plaintiff's claims, and each of them, are barred because Plaintiff cannot establish actual, statutory damages, and punitive damages resulting from any acts or omission of RentSpree.

### PRAYER FOR RELIEF

WHEREFORE, RentSpree prays for the following:

1. That judgment be entered in favor of RentSpree;
2. That Plaintiff be awarded nothing;
3. That RentSpree be awarded costs and reasonable attorney's fees from Plaintiff; and
4. Such other and further relief as this court may deem just and proper.

### JURY DEMAND

In accordance with Federal Rule of Civil Procedure 38(b), RentSpree demands a jury trial on all issues so triable.

Respectfully submitted,

Dated: May 26, 2022

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Michael J. Dailey*
Craig J. Mariam
Michael J. Dailey
Attorneys for Defendant
RENTSPREE, INC.