NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEBA AHMED,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRANS UNION RENTAL SCREENING SOLUTIONS, INC. and RENTSPREE, INC.,<br><br>　　　　Defendants. | Case No.: 8:22-cv-00366-CJC-JDE<br><br>**ORDER GRANTING STIPULATION TO CONTINUE PRETRIAL DEADLINES BY 90 DAYS (THIRD REQUEST)**<br><br>Discovery Cutoff Date: July 5, 2023<br>Pre-Trial Conference Date: November 6, 2023<br>Trial Date: November 14, 2023 |
| AHMED AHMED,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRANS UNION RENTAL SCREENING SOLUTIONS, INC. and RENTSPREE, INC.,<br><br>　　　　Defendants. | Case No.: 8:22-cv-00367-CJC-JDE |

- 1 -

The Court having considered the Parties' Joint Stipulation to Continue Pretrial Deadlines By 90 Days (the "Stipulation"), and good cause appearing,

**IT IS ORDERED** that the Parties' Stipulation is **GRANTED**.

**PURSUANT TO THE STIPULATION, IT IS ORDERED** that:

1. The Fact Discovery Cutoff deadline is December 28, 2023
2. The Deadline for all motions and to amend pleadings is January 26, 2024
3. The deadline for initial expert disclosures is February 20, 2024
4. The deadline for rebuttal expert disclosures is March 21, 2024
5. The deadline to conduct all expert discovery, including taking depositions is April 5, 2024.
6. The Pre-Trial Conference is **July 10, 2024, at 3:00 p.m.**
7. Trial is set for **July 18, 2024, at 8:30 a.m.**

**IT IS SO ORDERED.**

August 2, 2023
Date

Honorable Cormac J. Carney
United States District Judge